# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

KRISTINE RAEL,

    Plaintiff,

v.                                                       No. 1:17-cv-338-SCY-LF

GEICO GENERAL INSURANCE COMPANY,
    Defendant.

## STIPULATED ORDER EXTENDING DEADLINES OF EXPERT REPORT

THIS MATTER came before the Court on Defendant's Unopposed Motion to Extend Disclosure of Expert Report. The Court, having reviewed the Motion and being otherwise fully advised on the matter, FINDS and ORDERS.

The parties reached a mutual agreement to extend Defendant's deadline to disclose the report of its expert by one week, and there is good cause to grant the requested extension. It is therefore ordered that the deadline to provide expert reports pursuant to Fed.R.Civ.P.26(a)(2)(B) is extended to include October 6, 2017. All other deadlines set in the Order Setting Case Management Deadlines (Doc. 18) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted and approved:

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.


*/s/ Cory M. McDowell*
Christopher P. Winters
Cory M. McDowell
P.O. Box 94750
Albuquerque, NM  87199-4750
(505) 341-0110
*Attorneys for Defendant*


BARNHILL LAW OFFICE, LLC


*/s/ Approved Via Email 9/29/17*
Lynn Barnhill
P.O. Box 22656
Santa Fe, NM  87502-2656
(505) 955-0444
*Attorney for Plaintiff*